# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| VAN DARWIN NOVAK,<br>#56080-177 | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:25-CV-2021-S-BW |
| | §<br>§ | |
| WILLIAM K. MARSHALL, III,<br>DIRECTOR OF BOP | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 3] will be **DENIED WITH PREJUDICE** by separate judgment.

**SO ORDERED.**

SIGNED April 30, 2026.

_____
**UNITED STATES DISTRICT JUDGE**